IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BRIAN LEE RINEHART (TDCJ No. 2151103), Petitioner, V. JOHNSON COUNTY COMMUNITY SUPERVISION AND CORRECTIONS DEPARTMENT, Respondent. | § § § § § § § § § § § § § | No. 3:18-cv-2275-N-BN |

ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE, AND
<u>DENYING A CERTIFICATE OF APPEALABILITY</u>

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed Findings, Conclusions and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

The Court thus **DENIES** Petitioner's motion for default judgment [Dkt. No. 21].

SO ORDERED this 17th day of May, 2019.

_____
UNITED STATES DISTRICT JUDGE